PER CURIAM.

---

## Levi, Newberger & Co. v. Brake.

APPEAL from Birmingham City Court.

Tried before the Hon. H. A. SHARPE.

GARRETT & UNDERWOOD, for appellants.

NOBLE SMITHSON and CABANISS & WEAKLEY, *contra.*

This action was brought by the appellants against the appellee, and sought to recover a sum alleged to be due on an account for goods sold by plaintiff to defendant. There was judgment for the defendant.   Affirmed.

Opinion by McCLELLAN, J.

---

## Blanchard, Humber & Co. v. Gregory.

APPEAL from Russell Circuit Court.

Tried before the Hon. J. M. CARMICHAEL.

SMITH & HENRY, for appellants.

No counsel marked as appearing for appellee.

This was an action of trover, brought by the appellee against the appellant. There was judgment for the plaintiff; the defendant appeals. Reversed and remanded.

Opinion by HEAD, J.